UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:16-CR-129-JTM-JEM |
| | ) |
| MICHAEL K. WILLIAMS, | ) |
| Defendant. | ) |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:  THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

This matter is before the Court on an Agreed Disposition of Supervised Release Violations and Waiver of Rights to Hearing Pursuant to Fed. R. Crim. P. 32.1 [DE 40], filed by the parties on October 11, 2018. On October 23, 2018, a Supervised Release Revocation Hearing was held. The United States Government appeared by counsel Assistant United States Attorney Toi Houston. Defendant Michael K. Williams appeared in person and by counsel Roxanne Mendez Johnson and in the custody of the United States Marshal. United States Probation Officer Rue Pattison appeared. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On May 19, 2014, Defendant Williams pled guilty to the Count I charge in the Indictment (counterfeiting), before Judge Matthew F. Kennelly of the Northern District of Illinois. On April 30, 2015, Judge Kennelly sentenced Defendant Williams to a term of imprisonment followed by three years of supervised release subject to specified written terms and conditions. On September 1, 2016, pursuant to orders from Judge Kennelly and Judge Rudy Lozano, the United States District Court for the Northern District of Indiana accepted and assumed jurisdiction for this matter.

On September 25, 2018, the Government filed a Petition alleging that Defendant Williams violated the terms and conditions of his supervised release [DE 32], and an arrest warrant was issued. On September 28, 2018, Defendant Williams self-surrendered and an Initial Appearance was held.

On October 12, 2018, Defendant Williams, by counsel, filed a Motion to Transfer to Magistrate Judge, which was granted, and on October 18, 2018, Judge James T. Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the October 23, 2018, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Williams has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Williams understands the proceedings, allegations and his rights;

3. Defendant Williams knowingly and voluntarily admitted that he committed each of the violations set forth in the September 25, 2018 Petition [DE 32] and that those allegations are true;

4. These violations are Grade C violations, Defendant's criminal history category is V, the advisory guideline range is 7 to 13 months imprisonment, and the statutory maximum sentence that may be imposed is 24 months imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Williams be adjudged to have committed a violation of his supervised release described in the September 25, 2018 Petition [DE 32];

2. The supervised release of Defendant Williams be revoked;

3. Defendant Williams be ordered committed to the United States Bureau of Prisons forthwith to serve 7 months of additional imprisonment therein;

4. Defendant Williams be given credit for any time served awaiting disposition;

5. After successful completion of the additional term of imprisonment, Defendant Williams not continue on supervised release.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 24th day of October, 2018.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc: All counsel of record
     District Judge James T. Moody