UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:16 CR 129 |
| ) | |
| MICHAEL K. WILLIAMS ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 45), to which the parties have waived objection (DE # 44), the Magistrate Judge's findings and recommendations are now **ADOPTED.** Defendant Michael K. Williams is **ADJUDGED** to have committed a violation of supervised release as described in the petition (DE # 32). The supervised release of defendant is now revoked and defendant is ordered committed to the United States Bureau of Prisons forthwith to serve 7 months incarceration therein. After successful completion of the additional term of imprisonment, defendant shall not continue on supervised release. The court recommends that defendant be granted credit for time served on this supervised release revocation matter.

SO ORDERED.

Date: October 24, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT